IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

IN THE MATTER OF WARRANTS AND
ORDERS FOR PEN REGISTERS AND
TRAP AND TRACE DEVICES ISSUED IN
AN INVESTIGATION

## ORDER

Upon motion of the United States to unseal numerous warrants and orders authorizing the installation and use of pen registers and trap and trace devices issued during the course of a long-term investigation, it is ORDERED that the following matters and the documents filed in those matters are hereby UNSEALED:

| Case Number |
| --- |
| 18-mj-2297 |
| 19-mj-1137 |
| 19-mj-2009 |
| 19-mj-2064 |
| 19-mj-2078 |
| 19-mj-2081 |
| 19-mj-2083 |
| 19-mj-2084 |
| 19-mj-2085 |
| 19-mj-2087 |
| 19-mj-2099 |
| 19-mj-2109 |
| 19-mj-2110 |
| 19-mj-2112 |
| 19-mj-2152 |
| 19-mj-2156 |
| 19-mj-2157 |
| 19-mj-2163 |
| 19-mj-2165 |

| Case Number |
|---|
| 19-mj-4021 |
| 19-mj-4095 |
| 19-mj-4107 |
| 19-mj-4135 |
| 19-mj-4138 |
| 19-mj-4147 |
| 19-mj-4148 |
| 19-mj-4149 |
| 19-mj-4150 |
| 19-mj-4151 |
| 19-mj-4189 |

February 4, 2022
Date

Hon. BARBARA D. HOLMES
United States Magistrate Judge
Middle District of Tennessee

2